

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00117-CV

Shequela **FOUNTAIN**,
Appellant

v.

Robert **MARTINEZ**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 363305
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.  Costs of this appeal are taxed against Appellant.

SIGNED April 10, 2013.

_____
Patricia O. Alvarez, Justice